## US v Sledge; Case #2:12CR20142 01

From:   Swirple, Stephen (USAMIE) (stephen.swirple@usdoj.gov)

To:     jr.sledge@yahoo.com

Date:   Friday, March 13, 2026 at 11:47 AM EDT

Good morning, sir,

I have reviewed your documentation provided earlier today.  Please let this email serve as an offer for an agreement. On or before Friday, March 27, 2026, you will remit $870.00 as down payment in exchange for this office foregoing pursuing a Writ of Garnishment on your employer **AND** followed by you continuing biweekly payments in the amount of $395.00 beginning April 17, 2026 and continuing thereafter.  All payments are to be made either through the pay.gov service*, or by mailing a check made payable to the "United States" and sent to United States District Court, Attn: Financial, 231 W. Lafayette, Detroit, MI 48226, with the memo line stating: [CCAM DMIE212CR020142001].  So long as you continue to pay in accordance with the terms, this office will not take any adverse collection activities so as long as the Defendant makes the monthly payments hereunder, is not in default. Default occurs if the biweekly payment is not received by the fifth (5th) day following any scheduled payment due date as agreed upon between parties as aforementioned. Whereupon MLAR, in its discretion, can engage in any lawful, collection enforcement action, including but not limited to a writ of garnishment to your employer.

Further, you are required to notify the United States of any material change (*+/- 10% gross earnings on annual tax filings*) in your financial status. This amount can be modified to reflect this material change. Likewise, you will still need to furnish a financial statement every 16-18 months, the earliest of which would be in July, 2027, which may impact your future biweekly payment, or fail to disclose any asset to the United States, Money Laundering and Asset Recovery Unit (MLAR), including but not limited to real or personal property owned or controlled by the Defendant as of July, 2027 but not disclosed to MLAR.

You will remain in the Treasury Offset Program ("TOP"), so if you are owed any federal tax refunds, they will be retained and credited towards your debt.

Please confirm receipt of this email.

*If paying via pay.gov, please include my email address as a recipient for any payment receipt to ensure I receive payment notification.*

Thanks,

**Stephen M. Swirple**
Paralegal Specialist
U.S. Attorney's Office, Eastern District of Michigan
U.S. Department of Justice | Financial Litigation Unit
Email: stephen.swirple@usdoj.gov
Office Phone: (313) 226-9749

