**Field**          **Enter Information**

| Field | Enter Information |
|---|---|
| Name | Jumanne Sledge |
| Address | 24842 Verdant Drive |
| City, State, Zip | Farmington Hills, MI |
| Phone Number | 2484447728 |
| Email | jr.sledge@yahoo.com |
| Employment Status | Full Time |
| Employer Name | Elmhurst Home |
| Job Title | Human Resource Director |
| Length of Employment | September 4, 2025 - Present |

1/6

**Income Sou Monthly Amount ($)**

| Income Source | | Monthly Amount ($) |
|---|---|---|
| Employment Income (Gross) | | 5769.6 |
| Net Take Home Pay | | 4480 |
| Spouse/Household Income | | |
| Self Employment Income | | |
| Other Income | | |
| TOTAL MO | 0 | 4480 |

2/6

**Expense Ca Monthly Amount ($)**

| Expense | Monthly Amount ($) |
|---|---|
| Housing (Rent/Mortgage) | 1850 |
| Electric / Gas | 130 |
| Water / Sewer / Trash | 37 |
| Internet / Phone | 365 |
| Food / Groceries | 600 |
| Car Payment | 650 |
| Fuel | 250 |
| Auto Insurance | 225 |
| Maintenance / Repairs | 100 |
| Health Insurance | 25 |
| Medical Expenses | 115 |
| Credit Cards | 1100 |
| Personal Loans | 500 |
| Medical Debt | |
| Other Expenses | 1500 |
| TOTAL MO | 0 | 7447 |

3/6
p 8

| Creditor | Balance ($) | Monthly Payment ($) |
|---|---|---|
| IRS Federal Taxes | 5500 | |
| IRS State Taxes | 1250 | |

**Asset Type Estimated ˙Loan Balance ($)**

| Asset Type | Estimated Loan Balance ($) |
|---|---|
| Checking Account | -2500 |
| Savings Account | 0 |
| Vehicle 1 | 35000 |
| Other Assets | |

5/6

| Item | Amount ($) |
|---|---|
| Total Monthly Income | 4480 |
| Total Monthly Expenses | 7447 |
| Net Monthly Balance (Inc | -2967 |

3- 21 - 26

STEVEN GRANT LYNN
NOTARY PUBLIC, STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires 28 October 2029
Acting in the County of Oakland

6/6