**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

          Plaintiff,               Case No.: 2:12cr20142

v                                Hon. Denise Page Hood

JUMANNE SLEDGE,

          Defendant.

---

**ORDER GRANTING MOTION FOR ORDER SETTING DEADLINT TO**
**RESPOND (ECF No. 33) AND DIRECTING THE GOVERNMENT**
**TO RESPOND TO DEFENDANT'S MOTION**
**TO MODIFY RESTITUTION PAYMENT SCHEDULE**

---

The defendant has filed a motion asking the Court to modify his restitution payment schedule. *ECF No. 31*. In turn, the Government has filed a motion seeking entry of order requiring a response by June 15, 2026. *ECF No. 33*. The Court finds that the Government's motion should be **GRANTED** and will direct the government to respond to the defendant's motion as follows:

Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Order Setting Deadline to Respond *(ECF No. 33)* is **GRANTED** and government must respond to the defendant's motion (*ECF No. 31*) **on or before June 15, 2026.**

**IT IS FURTHER ORDERED** that the defendant will have 14 days after the government files its response to file a reply.

s/Denise Page Hood_____
Hon. Denise Page Hood
Dated:  May 7, 2026                    United States District Judge